## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY : | |
| : | CIVIL ACTION |
| vs. : | |
| : | |
| LOWER MERION SCHOOL DISTRICT, THE BOARD : | NO.: 2:10-cv-01707-JD |
| OF DIRECTORS OF LOWER MERION SCHOOL : | |
| DISTRICT, CHRISTOPHER W. MCGINLEY, : | |
| Superintendent of Lower Merion School District, and : | |
| BLAKE J. ROBBINS, a minor, by his Parents and : | |
| Natural Guardians, MICHAEL E. ROBBINS and : | |
| HOLLY S. ROBBINS : | |

### REQUEST TO ENTER DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

Pursuant to Fed. R. Civ. P. 55(a), kindly enter default against Defendant, Blake J. Robbins, a minor, and his parents and natural guardians, Michael E. Robbins and Holly S. Robbins, for failure to plead or otherwise defend the Complaint as appears from the attached affidavit of R. Bruce Morrison, Esquire attached hereto.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _____
R. BRUCE MORRISON, ESQUIRE
Attorney for Plaintiff,
Graphic Arts Mutual Insurance Company
Atty. ID. No. 34797
1845 Walnut Street, 18th Floor
Philadelphia, PA 19103
(215) 575-2624
rbmorrison@mdwcg.com

Dated: June 18, 2010

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT, THE BOARD | : | NO.: 2:10-cv-01707-JD |
| OF DIRECTORS OF LOWER MERION SCHOOL | : | |
| DISTRICT, CHRISTOPHER W. MCGINLEY, | : | |
| Superintendent of Lower Merion School District, and | : | |
| BLAKE J. ROBBINS, a minor, by his Parents and | : | |
| Natural Guardians, MICHAEL E. ROBBINS and | : | |
| HOLLY S. ROBBINS | : | |

**AFFIDAVIT FOR ENTRY OF DEFAULT BY CLERK**

I, R. Bruce Morrison, Esquire, being of sound mind and an adult individual and being duly sworn, deposes and says that:

1. I am an attorney for Plaintiff in the above-captioned action.

2. Plaintiff's Complaint was filed with the Court on April 16, 2010.

3. On April 23, 2010, Plaintiff served the Complaint and summons on Defendant, Blake J. Robbins, a minor, and his parents and natural guardians, Michael E. Robbins and Holly S. Robbins, by personally serving an adult individual who was on the premises at that time, that being Lillian Myerson. A true copy of the affidavit of service has been filed with the Court.

4. To date Defendant, Blake J. Robbins, a minor, and his parents and natural guardians, Michael E. Robbins and Holly S. Robbins, have not filed any responsive pleading to Plaintiff's Complaint.

5. The Complaint in this case seeks a declaration from the Court that the Commercial General Liability Insurance Policy issued by Graphic Arts to the Lower Merion

School District does not provide insurance coverage for the claims specified in the Declaratory Judgment Complaint and thus no computation of damages needs to be performed.

                        Respectfully submitted,

                        **MARSHALL, DENNEHEY, WARNER,**
                        **COLEMAN & GOGGIN**

BY: _____
        R. BRUCE MORRISON, ESQUIRE
        Attorney for Plaintiff,
        Graphic Arts Mutual Insurance Company

Dated: June 18, 2010

## CERTIFICATE OF SERVICE

I, R. Bruce Morrison, Esquire, attorney for Plaintiff, do hereby certify that service of a true and correct copy of the Request to Enter Default Judgment is being served by United States Mail, first class and certified mail, on the date below to the following parties:

| | |
|---|---|
| Mark S. Haltzman, Esquire<br>LAMM RUBENSTONE LLC<br>3600 Horizon Boulevard<br>Suite 200<br>Trevose, PA 19053<br>Attorney for Defendant<br>Blake J. Robbins<br>A minor, by his parents and<br>Natural guardians, Michael E.<br>Robbins and Holly S. Robbins | Douglas Y. Christian, Esquire<br>Joshua A. Mooney, Esquire<br>BALLARD SPAHR ANDREWS &<br>INGERSOLL, LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103<br>Attorneys for Defendants<br>Lower Merion School District,<br>The Board of Directors of Lower Merion<br>School District and Christopher W.<br>McGinley, Superintendent of Lower Merion<br>School District |

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _____
R. BRUCE MORRISON, ESQUIRE
Attorney for Plaintiff,
Graphic Arts Mutual Insurance Company

Dated: June 18, 2010

01/5944632.v1