

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRAPHIC ARTS MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.

LOWER MERION SCHOOL DISTRICT, et al.,

    Defendants.

CIVIL ACTION
No. 2:10-cv-01707

FILED
JUL 15 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION OF PARTIES

Undersigned counsel for Plaintiff, Graphic Arts Mutual Insurance Company ("Graphic Arts"), and Defendants Lower Merion School District, Lower Merion School District Board of School Directors, and Christopher W. McGinley, Superintendent of the School District (collectively, "Lower Merion Defendants"), hereby stipulate that Lower Merion Defendants shall have through July 28, 2010 to respond to the Motion for Judgment on the Pleadings filed by Graphic Arts. No prior extensions to respond to the Motion have been requested or granted.

/s/ R. Bruce Morrison
R. Bruce Morrison
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
1845 Walnut Street, 18th Floor
Philadelphia, PA 19103
(215) 575-2624
rbmorrison@mdwcg.com

Attorneys for Plaintiff

Approved by the Court
this ___14___ day of July, 2010.

_____
J.

/s/ Douglas Y. Christian
Douglas Y. Christian
Joshua A. Mooney
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8404/8268
christiand@ballardspahr.com
mooneyj@ballardspahr.com

Attorneys for Lower Merion Defendants

ENTERED
JUL 15 2010
CLERK OF COURT

DMEAST #12694728 v1